# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 108 EM 2019 |
| v. | : | |
| MAHEIM STARKS | : | |
| PETITION OF: BARNABY C. WITTELS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of December, 2019, in consideration of the Motion for Leave to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County to determine whether counsel should be permitted to withdraw.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.